UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL W. HARLSTON, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:09CV00776 ERW |
| | ) |
| OFFICE OF PERSONNEL | ) |
| MANAGEMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's "Motion for Final Judgement [sic] and Jury Trial Demand" [doc. #15] is without merit and is **DENIED.**

**IT IS HEREBY CERTIFIED** that an appeal from this Order would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

So Ordered this 11th Day of August, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE