UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL W. HARLSTON, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV00776 ERW |
| ) | |
| OFFICE OF PERSONNEL MANAGEMENT, ) | |
| THE MERIT SYSTEM PROTECTION ) | |
| BOARD, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court upon Plaintiff's Motion for Leave to Proceed In Forma Pauperis on Appeal [doc. #22] filed pursuant to Fed.R.App.P. 24(a)(1). Upon review of Plaintiff Harlston's financial information, this Court finds that the applicant has the financial inability to pay any portion of the required filing fee and shall therefore grant Plaintiff's request.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed In Forma Pauperis on Appeal [doc. #22] is **GRANTED**.

So Ordered this 11th Day of September, 2009.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**