UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL W. HARLSTON, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09CV00776 ERW |
| ) | |
| OFFICE OF PERSONNEL ) | |
| MANAGEMENT, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER AND MEMORANDUM

This matter is before the Court upon remand from the United States Court of Appeals for the Eighth Circuit. See Harlston v. Office of Personnel Management, No. 09-2952 (8th Cir. Feb. 22, 2010). The Eighth Circuit vacated this Court's July 14, 2009 Order of Dismissal, noting that there was no need for plaintiff to file a completed financial affidavit, and remanded the case for further proceedings.[1]

Therefore,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to be issued upon the amended complaint.

So Ordered this 15th Day of April, 2010.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

---

[1] On March 30, 2010, the United States Court of Appeals for the Eighth Circuit issued its formal mandate, in accordance with the opinion and judgment of February 22, 2010.